IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                            )<br>            Plaintiff,               )<br>                                                            )<br>vs.                                                      )<br>                                                            )<br>THOMAS E. CARODINE,              )<br>                                                            )<br>            Defendant.            ) | Case No. 8:10CR52<br><br>ORDER |

This case is before the court on the defendant's Motion to Review Pretrial Detention (#33). The motion is denied.

The defendant's proposed placement at NOVA fails to overcome the rebuttable presumption of detention in 18 U.S.C. § 3142(e). Additionally, the defendant's motion contains no additional information that would cause the court to reconsider the February 25, 2010 Detention Order (#10). This is particularly true given the substantial criminal record of the defendant, which includes convictions for assault and battery, cocaine with intent to distribute (felony), tampering with evidence (felony), destruction of property, trespass, and numerous convictions for failure to appear.

**IT IS ORDERED:** The defendant's Motion to Review Pretrial Detention (#33) is denied without hearing.

Dated this 12th day of April 2010.

BY THE COURT:

S/ F. A. Gossett
United States Magistrate Judge