IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )         8:10CR52
                               )
       v.                      )
                               )
THOMAS E. CARODINE,            )         ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's appeal of magistrate judge's detention order (Filing No. 40). The Court has reviewed the magistrate judge's order (Filing No. 34) and the pretrial services report (Filing No. 43) regarding detention and finds the defendant has failed to show that the magistrate judge's order is clearly erroneous or contrary to law. Accordingly,

IT IS ORDERED that the detention order of the magistrate judge is affirmed.

DATED this 10th day of June, 2010.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court