IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>) <br>vs. )<br>)<br>THOMAS E. CARODINE, )<br>)<br>Defendant. ) | 8:10CR52<br><br>ORDER |

    This matter is before the court on the defendant's Motion to Reconsider Detention (#65).  Defendant now advises that he would like to enroll in Heartland Family Services for treatment.

    The defendant's request does not address the court's concerns as set out in the February 25, 2010 Detention Order (#10), or the court's April 12, 2010 Order (#34) denying a similar motion.  The April 12, 2010 Order was affirmed by Judge Strom on June 10, 2010 (#61).  The defendant has not presented sufficient evidence to overcome the presumption of detention set out in 18 U.S.C. § 3142(e).

    **IT IS ORDERED** that the defendant's Motion to Reconsider Detention (#65) is denied without hearing.

    **DATED June 29, 2010.**

                                                 **BY THE COURT:**

                                               **s/ F.A. Gossett**
                                             **United States Magistrate Judge**