IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:10CR52
                               )
      v.                       )
                               )
THOMAS E. CARODINE,            )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue hearing on plea (Filing No. 74). The motion will be granted. Accordingly,

IT IS ORDERED that the Rule 11 hearing is rescheduled for:

**Monday, December 20, 2010, at 10:30 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to finalize plea negotiations and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between November 9, 2010, and December 20, 2010, shall be deemed excludable time in

any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 5th day of November, 2010.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court