IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
            Plaintiff,         )          8:10CR52
                               )
      v.                       )
                               )
THOMAS E. CARODINE,            )          ORDER
                               )
            Defendant.         )
_____)
```

This matter is before the Court on defendant's motion to continue hearing on plea and further motion to obtain a specific trial date (Filing No. 83). The motion will be granted. Accordingly,

IT IS ORDERED:

1) The motion to continue the Rule 11 hearing is granted.

2) Trial of this matter is scheduled for:

**Tuesday, March 29, 2011, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court. This will give the parties time to pursue plea negotiations or prepare for trial and will accommodate the schedule of the Court. The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial. The additional time between January 26, 2011, and March 29, 2011, shall be

deemed excludable time in any computation of time under the requirement of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 24th day of January, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court