IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:10CR52 |
| | ) | |
| v. | ) | |
| | ) | |
| THOMAS E. CARODINE, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on defendant's motion for pretrial release and request for hearing (Filing No. 89). After a hearing was held, the Court reviewed defendant's criminal history and has subsequently received information that defendant has been charged in the Douglas County District Court with one count of assault on a confined person.  Accordingly,

IT IS ORDERED that defendant's motion for pretrial release is denied.

DATED this 25th day of April, 2011.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court