IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

```
UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,       )          8:10CR52
                               )
       v.                      )
                               )
THOMAS E. CARODINE,            )          ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to continue sentencing hearing (Filing No. 102).  The Court finds the motion should be granted.  Accordingly,

IT IS ORDERED that sentencing in this matter is rescheduled for:

**Friday, August 5, 2011, at 11 a.m**.

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska, or as soon thereafter as may be called by the Court.

DATED this 7th day of July, 2011.

BY THE COURT:

/s/ Lyle E. Strom

_____
LYLE E. STROM, Senior Judge
United States District Court