IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | 8:10CR52 |
| vs. | |
| THOMAS E. CARODINE, | ORDER |
| Defendant. | |

Defendant Thomas E. Carodine appeared before the court on Monday, June 6, 2016 on a Petition for Warrant or Summons for Offender Under Supervision [133]. The defendant was represented by retained attorney Joseph L. Howard, and the United States was represented by Assistant U.S. Attorney Ryan M. Lindberg. The government did not request detention, therefore, the Defendant was not entitled to a preliminary examination. The defendant was released on current terms and conditions of supervision.

I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Senior Judge Strom.

**IT IS ORDERED:**

1. A final dispositional hearing will be held before Senior Judge Strom in Courtroom No. 5, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on July 19, 2016 at 10:30 a.m. Defendant must be present in person.

2. The defendant is released on current conditions of supervision.

Dated this 7th day of June, 2016

BY THE COURT:

s/ F.A. Gossett, III
United States Magistrate Judge