IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>             Plaintiff,<br><br>    vs.<br><br>THOMAS E. CARODINE,<br><br>             Defendant. | 8:10CR52<br><br>ORDER |

On August 17, 2016, the defendant appeared with counsel on a Petition for Warrant or Summons for Offender Under Supervision (Filing No. 133). Defendant was present and represented by Joseph L. Howard. Plaintiff was represented Kimberly C. Bunjer, Assistant United States Attorney. The defendant admitted allegation number 2 contained within the Petition. The Court accepted the admission and found the defendant to be in violation of the conditions of his supervised release.

IT IS ORDERED:

1. The defendant is released on the same terms and conditions as previously imposed.

2. The final disposition hearing is continued to:

**Thursday, October 20, 2016, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 18th day of August, 2016.

BY THE COURT:

/s/ Lyle  E. Strom

LYLE E. STROM, Senior Judge
United States District Court