# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>THOMAS E. CARODINE,<br><br>Defendant. | 8:10CR52<br><br>**ORDER** |

This matter is before the court on the motion of Assistant Federal Public Defender Karen M. Shanahan and the Office of the Federal Public Defender to withdraw as counsel for the defendant, Thomas E. Carodine. (Filing No. 204). Karen M. Shanahan represents that the Office of the Federal Public Defender has a conflict of interest in this matter. Karen M. Shanahan's and the Office of the Federal Public Defender's motion to withdraw (Filing No. 204) is granted.

Michael J. Tasset, P.O. Box 62, Oakland, NE 68045, (402) 685-5647, is appointed to represent Thomas E. Carodine for the balance of these proceedings pursuant to the Criminal Justice Act. Karen M. Shanahan shall forthwith provide Michael J. Tasset with the discovery materials provided the defendant by the government and such other materials obtained by Karen M. Shanahan which are material to Thomas E. Carodine's defense.

The clerk shall provide a copy of this order to Michael J. Tasset and the defendant.

**IT IS SO ORDERED.**

Dated this 17th day of May, 2021.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge